# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF UTAH

FILED

JUL 03 '__ 1:02

DISTRICT OF UTAH

BY: ___

RECEIVED APR 11 2003 U.S. DISTRICT COURT CLERK

UNITED STATES OF AMERICA

v.

THAD RYAN ROBERTS

**WAIVER OF INDICTMENT**

Criminal No.   1:03CR0054DKW

I, THAD RYAN ROBERTS, the above-named defendant, who is accused of theft of a thing of value of the United States, in violation of Title 18, United States Code, Section 641, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_Thad Roberts_
THAD RYAN ROBERTS
Defendant

_[signature]_
JOHN E. FERNANDEZ
Counsel for Defendant

Before _Karla R. Spaulding_
Judicial Officer

N:\cfindley\RDBedke\Robinson_2002R01367\f_waiver of indictment.roberts-utah

